In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-546 CR


____________________



JERRY GLYNN STEPHENS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law No. 3


Montgomery County, Texas


Trial Cause No. 05-210675






MEMORANDUM OPINION



 The trial court convicted Jerry Glynn Stephens of driving while intoxicated. Stephens
was sentenced on October 17, 2007. Within thirty days of sentencing, Stephens filed a
motion for new trial and a notice of appeal. Tex. R. App. P. 21.4(a), 26.2(a)(2). The trial
court granted the motion for new trial on November 26, 2007. Tex. R. App. P. 21.8.

 If the trial court grants a new trial, it restores the case to its position before the former
trial. Tex. R. App. P. 21.9(b). The notice of appeal filed by Stephens does not invoke our
appellate jurisdiction because the judgment being appealed has been vacated by the granting
of the motion for new trial. See Waller v. State, 931 S.W.2d 640, 643-44 (Tex. App.--Dallas
1996, no pet.). The State did not file a notice of appeal. See Tex. Code Crim. Proc. Ann.
art. 44.01(a)(3) (Vernon Supp. 2007). The appeal is dismissed for lack of jurisdiction.

 APPEAL DISMISSED.



 _____________________________

 STEVE McKEITHEN

 Chief Justice

 


Opinion Delivered January 30, 2008

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.